Laura SLOAN, Petitioner-Respondent,

v.

Charles SLOAN, Respondent-Appellant.

No. 51771.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 10, 1987.

Rehearing Denied April 9, 1987.

William E. Roussin, St. Louis, for respondent-appellant.

Dallas W. Cox, Jr., St. Louis, for petitioner-respondent.

ORDER

PER CURIAM.

Charles Sloan (Husband) appeals from a decree of dissolution arising out of an action brought by Laura Sloan (Wife).

The judgment is affirmed in accordance with Rule 84.16(b). Husband's motion to strike Wife's brief or portions thereof is denied. Wife's motion for damages for a frivolous appeal pursuant to Rule 84.19 is denied.